Gregory L. Weeks, Esq., CSB 58584
Janet Robertson Kaufman, Esq., CSB 116143
Gregory K. Nelson, Esq., CSB 203029
Chandler G. Weeks, Esq., CSB 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
(858) 794-2140
Email: office@wknjlaw.com

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OAKLEY, INC.**, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**5.11, Inc.**, a California corporation,<br><br>Defendant. | Case No.:<br><br>'07 CV 2369 BTM CAB<br><br>NOTICE OF RELATED CASES |

Plaintiff Oakley, Inc. (hereinafter referred to as "Oakley") hereby notifies the Court and Defendant 5.11, Inc., that the subject matter of this case is related to the following actions:

1. (a) Civil Action No. 00-CV-1317 JM (POR)

(b) Filed 6/30/2000 and resolved by way of Final Consent Judgement on 10/10/2000.

(c) United States District Court, Southern District of California

(d) <u>Oakley, Inc. v. Ashley Murray dba The Gift Zone and Dawn Murray</u>

(e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by

an accused product that is substantially similar with the accused product in this case.

    2.    (a) Civil Action No. 00-CV-1882 K (RBB)

        (b) Filed 9/20/2000 and resolved by way of Final Consent Judgment on 11/29/2000

        (c) United States District Court, Southern District of California

        (d) <u>Oakley, Inc. v. Sunshine Tropics</u>

        (e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by an accused product that is substantially similar with the accused product in this case.

    3.    (a) Civil Action No. 02-CV-1863 IEG (JES)

        (b) Filed 9/18/2002 and resolved by way of Final Consent Judgment on 12/20/2002

        (c) United States District Court, Southern District of California

        (d) <u>Oakley, Inc. v. Crews, Inc.</u>

        (e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by an accused product that is substantially similar with the accused product in this case.

    4.    (a) Civil Action No. 03-cv-0100 IEG (LSP)

        (b) Filed 1/16/2003 and resolved by way of Final Consent on 4/10/2003

        (c) United States District Court, Southern District of California

        (d) <u>Oakley, Inc. v. Mike Rossman dba Pittsburgh Souvenir and Novelty Company</u>

   (e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by an accused product that is substantially similar with the accused product in this case.

  5. (a) Civil Action No. SACV 00-0620 AHS (EEx)

   (b) Filed 6/23/00 and resolved by way of Final Consent Judgment on 3/29/01

   (c) United States District Court, Central District of California

   (d) <u>Oakley, Inc. v. Asia Pacific Trading Co., Knc.</u>

   (e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by an accused product that is substantially similar with the accused product in this case.

  6. (a) Civil Action No. SACV05-0345 AHS (MLGx)

   (b) Filed 4/14/05 and resolved by way of Dismissal on 7/5/05

   (c) United States District Court, Central District of California

   (d) <u>Oakley, Inc. v. Revision Eyewear Ltd.</u>

   (e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by an accused product that is substantially similar with the accused product in this case.

  7. (a) Civil Action No. SACV03-3009 AHS (MLGx)

   (b) Filed 5/16/06 and resolved by way of Dismissal on 7/21/06

   (c) United States District Court, Central District of California

   (d) <u>Oakley, Inc. v. Unique Sports Products, Inc.</u>

   (e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by

Notice of Related Cases

an accused product that is substantially similar with the accused product in this case.

8.     (a) (a) Civil Action No. SACV 07-1253 AHS (MLGx)

    (b) Filed 2/23/07 and still pending

    (c) United States District Court, Central District of California

    (d) <u>Oakley, Inc. v. OO Sunglasses, Inc., et al.</u>

    (e) This action involves the same Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,208,614 in a case involving patent infringement by an accused product that is substantially similar with the accused product in this case.

DATED: 12/18/07

WEEKS, KAUFMAN, NELSON & JOHNSON

GREGORY K. NELSON
Attorney for Plaintiff, Oakley, Inc.

Notice of Related Cases

4