Gregory L. Weeks, CSB 58584
Janet Robertson Kaufman, CSB 116143
Gregory K. Nelson, CSB 203029
Chandler G. Weeks, CSB 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Facsimile: (858) 794-2141
Email: Office@wknjlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OAKLEY, INC.**, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**5.11, Inc.**, a California corporation<br><br>Defendant. | Case No.: 07 CV 2369 BTM CAB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 41(a), Plaintiff hereby voluntarily dismisses Defendant 5.11, Inc. in the above captioned action with prejudice.

DATED: March 19, 2008          WEEKS, KAUFMAN, NELSON & JOHNSON

                                *[signature]*
                                CHANDLER G. WEEKS
                                Attorney for Plaintiff, Oakley, Inc.

## PROOF OF SERVICE

I, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is 462 Stevens Avenue, Suite 310, Solana Beach, CA 92075.

3. On March 19, 2008, I served the attached document entitled NOTICE OF VOLUNTARY DISMISSAL as follows:

☒ **(by mail)** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Solana Beach, California.

☐ **(by personal delivery)** I personally delivered a copy of the attached document to the address listed below.

☐ **(by Federal Express)** I am readily familiar with the practice of Weeks, Kaufman & Johnson for collection and processing of correspondence for overnight delivery and know that the document described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ **(by facsimile)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

> Greg Owen, Esq.
> Owen, Wickersham & Erickson, P.C.
> 455 Market Street, Suite 1910
> San Francisco, CA 94105          via fax (415) 882-3232

Executed March 19, 2008 at Solana Beach, California.

*[signature]*